JUNE SARGENT, an Infant, by CLYDE H. SARGENT, Her Guardian ad Litem, Respondent, v. EMMETT H. WASS, Defendant, and ALVA ELNOR, Appellant.

CLYDE H. SARGENT, Respondent, v. EMMETT H. WASS, Defendant, and ELVA ELNOR, Appellant.

WALTER D. LASCELL, JR., an Infant, by WALTER D. LASCELL, His Guardian ad Litem, Respondent, v. EMMETT H. WASS, Defendant, and ALVA ELNOR, Appellant.

WALTER D. LASCELL, Respondent, v. EMMETT H. WASS, Defendant, and ALVA ELNOR, Appellant.

Argued December 1, 1938; decided January 3, 1939.

*Robert C. Winchell* for appellants.
*William H. Munson* for respondents.

In each action: judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.